## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tracy Lynn Heupel, | ) | Case No. 1:14-cr-090 |
| | ) | |
| Defendant. | ) | |

Before the court are motions by defendant to continue the detention hearing and preliminary hearing scheduled for October 13, 2021. (Doc. Nos. 490, 491). Defendant requests that these hearings be rescheduled for at least 25 days to afford him time to explore his treatment options.

The court **GRANTS** defendant's motions (Doc. Nos. 490, 491). Defendant's detention hearing and preliminary hearing shall be rescheduled for November 9 , 2021, at 10:00 AM by telephone before the undersigned.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
